IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**CLINT MARLIN, each individually and**
**on behalf of all others similarly situated**                    **PLAINTIFF**

V.                                    **3:19CV00355 JM**

**CROSS COUNTY, ARKANSAS**                                **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered on this day, Judgment is hereby entered in favor of the Defendant and against the Plaintiff.

IT IS SO ORDERED this 15th day of March, 2021.

_____
James M. Moody Jr.
United States District